UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JALEEL JACKSON-BEY,  Case No. 23-CV-2202 (PJS/JFD)

    Plaintiff

v.  **ORDER**

REGIONS HOSPITAL AND RAMSEY
COUNTY ADC,

    Defendants.

This matter is before the Court on the Report and Recommendation ("R&R") issued on September 11, 2023, by U.S. Magistrate Judge John F. Docherty. No party has filed an objection to the R&R.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The R&R [ECF No. 5] is **ADOPTED**;

2. Plaintiff Jaleel Jackson-Bey's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1).

3. Plaintiff Jaleel Jackson-Bey's application to proceed *in forma pauperis* [ECF No. 3] is **DENIED**.

4. Plaintiff Jaleel Jackson-Bey is required to pay the unpaid balance of this action's statutory filing fee ($350.00) in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court is required to provide notice of

this obligation to the authorities at the institution where Mr. Jackson-Bey is confined.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:  10/10/23         s/Patrick J. Schiltz
                        PATRICK J. SCHILTZ
                        Chief Judge
                        United States District Court for the District of Minnesota